UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:
SHARON R. WALKER
Debtor
Address: 7817 Breaker Point Court
Chesterfield, VA 23832
Last four digits of Social Security No.(s): XXX-XX-8665

BCN #: 17-30357-KRH
Chapter: 7

## NOTICE OF MOTION

HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, INC., Mortgage Pass-Through Certificates, MANA Series 2007-A1 has filed papers with the court to request an order granting relief from the Automatic Stay.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then on or before February 20, 2017, you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

   Clerk of Court
   United States Bankruptcy Court
   701 East Broad Street
   Room 4000
   Richmond, VA 23219

You must also mail a copy to:

   LINDSEY C. KELLY, ESQ.
   SHAPIRO & BROWN, LLP
   501 Independence Parkway, Suite 203
   Chesapeake, Virginia 23320
   (757) 687-8777


LINDSEY C. KELLY, ESQ.
SHAPIRO & BROWN, LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320 Attorneys for HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, INC., Mortgage Pass-Through Certificates, MANA Series 2007-A1

○  Attend the hearing on the motion or objection scheduled to be held on March 22, 2017 at the United States Bankruptcy Court, 701 East Broad Street, Richmond, VA 23219 in Courtroom 5000 at 11:00 AM.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

17-263910

Dated: February 6, 2017         SHAPIRO & BROWN, LLP
                                Attorneys for HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, INC., Mortgage Pass-Through Certificates, MANA Series 2007-A1


                            By: /s/ R.A. Hurley
                                Lindsey C. Kelly, Esquire
                                VSB #71314
                                James R. Meizanis, Esquire
                                VSB #80692
                                Gregory N. Britto, Esquire
                                VSB #23476
                                Daniel Eisenhauer, Esquire
                                VSB #85242
                                R.A. Hurley, Esquire
                                VSB #78616
                                William M. Savage, Esquire
                                VSB #06335
                                SHAPIRO & BROWN, LLP
                                501 Independence Parkway, Suite 203
                                Chesapeake, Virginia 23320
                                (757) 687-8777

CERTIFICATE OF SERVICE

I certify that I have this 6th day of February, 2017, electronically transmitted and/or mailed by first class mail, postage pre-paid, a true copy of the foregoing Notice of Motion to the following:

Christopher Mark Winslow
Winslow & McCurry, PLLC
1324 Sycamore Square, Suite 202C
Midlothian, VA 23113

Peter J. Barrett
Kutak Rock LLP
1111 E. Main Street, Suite 800
Richmond, VA 23219

Sharon R. Walker
7817 Breaker Point Court
Chesterfield, VA 23832

/s/ R.A. Hurley
Lindsey C. Kelly, Esquire
VSB #71314
James R. Meizanis, Esquire
VSB #80692
Gregory N. Britto, Esquire
VSB #23476
Daniel Eisenhauer, Esquire
VSB #85242
R.A. Hurley, Esquire
VSB #78616
William M. Savage, Esquire
VSB #06335

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

| | |
|---|---|
| In RE:<br>Sharon R. Walker<br>    Debtor | BCN#: 17-30357-KRH<br>Chapter: 7 |
| HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, INC., Mortgage Pass-Through Certificates, MANA Series 2007-A1 or present noteholder,<br>    Movant/Secured Creditor,<br>v.<br>Sharon R. Walker<br>    Debtor<br>and<br>Peter J. Barrett, Kutak Rock LLP<br>    Trustee<br>    Respondents | Motion for Order Granting Relief from Automatic Stay |

HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, INC., Mortgage Pass-Through Certificates, MANA Series 2007-A1, and/or present noteholder, (hereinafter "the Movant"), alleges as follows:

1.    That the bankruptcy court has jurisdiction over this contested matter pursuant to 28 U.S.C. § 157 and § 1334 and 11 U.S.C. § 362; Federal Rule of Bankruptcy Procedure 9014; and Local Bankruptcy Rule 4001(a)-1.

2.    That the above named Debtor filed a Chapter 7 Petition in Bankruptcy with this Court on January 24, 2017.

3.    That Peter J. Barrett, Kutak Rock LLP has been appointed by this Court as the Chapter 7 Trustee in this instant Bankruptcy proceeding.

4.    That the subject deed of trust secures a parcel of real property (hereinafter "the Property") with the address of 7817 Breaker Point Court, Chesterfield, VA 23832 and more

LINDSEY C. KELLY, ESQ.
SHAPIRO & BROWN, LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320 Attorneys for HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, INC., Mortgage Pass-Through Certificates, MANA Series 2007-A1

particularly described in the Deed of Trust dated October 25, 2006 and recorded as Deed Book 7433, Page 0487 among the land records of the said city/county, as:

> ALL that certain lot, piece or parcel of land with improvements thereon and appurtenances thereunto belonging, lying and being in Chesterfield County, Virginia, known, numbered and designated as Lot 9, Block D, Section II of Ashbrook, all as more particularly described on subdivision entitled "Ashbrook, Section II", made by J. K. Timmons & Associates, Inc., dated November 6, 1986, and recorded in the Clerk's Office, Circuit Court of Chesterfield County, Virginia, in Plat Book 55, pages 49 through 53, reference to which plat is hereby made for a more particular description of the said property being conveyed herein.
> BEING the same real estate conveyed to Sharon Rose Walker, married, and Tammi Munir and Ashaad Munir, husband and wife, by deed from Adam Hanners and Veronica Ellen Hanners, husband and wife, dated July 7, 2006, to be recorded in the Clerk's Office, Circuit Court, Chesterfield County, Virginia, immediately prior hereto and simultaneously herewith.

5. Ocwen Loan Servicing, LLC services the underlying mortgage loan and note for the property referenced in this Motion for: HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, INC., Mortgage Pass-Through Certificates, MANA Series 2007-A1 (hereinafter, "noteholder") and is entitled to proceed accordingly. Should the Automatic Stay be lifted and/or set aside by Order of this Court or if this case is dismissed or if the Debtor obtains a discharge and a foreclosure action is commenced or recommenced, said foreclosure action will be conducted in the name of HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, INC., Mortgage Pass-Through Certificates, MANA Series 2007-A1. The noteholder has the right to foreclose because (check the applicable below):

    ___ Noteholder is the owner of the note.

    X   Noteholder is the original mortgagee or beneficiary or assignee of the security instrument for the referenced loan. Noteholder directly or through an agent has

possession of the promissory note and the promissory note is either made payable to Noteholder or has been duly endorsed.

___ Noteholder is the original mortgagee or beneficiary or assignee of the security instrument for the referenced loan. Noteholder directly or through an agent, has possession of the promissory note and will enforce the promissory note as transferee in possession.

___ Noteholder is the original mortgagee or beneficiary or assignee of the security instrument for the referenced loan. Noteholder is unable to find the promissory note and will seek to prove the promissory note through the filing of a lost note affidavit.

___ Noteholder is the successor trustee and transferee in possession of the security instrument for the referenced loan.

6. That the Movant is informed and believes, and, based upon such information and belief, alleges that title to the Property is currently vested in the name of the Debtor.

7. That the Debtor is in default with regard to payments which have become due under the terms of the aforementioned note and deed of trust.

As of February 3, 2017, the Debtor is due for:
- o  3 monthly payments of $1,060.39 each which were to be paid directly to Movant;
- o  Bankruptcy Fees of                              $750.00
- o  Bankruptcy Costs of                             $181.00
- o  Suspense Balance of                            -$230.00
- o  Total of:     $3,882.17

8. That the value of the Property is $170,900.00 based on the county's tax assessed value of the Property for 2017.

9. That the Movant has elected to initiate foreclosure proceedings on the Property with respect to the deed of trust, but is prevented by the Automatic Stay from going forward with these proceedings.

10. That the Movant is informed and believes, and, based upon such information and belief, alleges that the Debtor has little or no equity in the property.

11. That continuation of the automatic stay pursuant to 11 U.S.C. § 362(a) will work real and irreparable harm and deprive the Movant of the adequate protection to which it is entitled under 11 U.S.C. § 362.

12. That the Movant has requested that the Court hear this matter on March 22, 2017 at 11:00 AM.

WHEREFORE, Movant prays for an order granting relief from Automatic Stay in order to pursue its remedies under the terms of its Note and Deed of Trust, that the fourteen (14) day waiting period imposed by F.R.B.P. 4001(a)(3) be waived, for its attorney's fees and costs expended, and for such other and further relief as the Court and equity deem appropriate.

Dated: February 6, 2017

        SHAPIRO & BROWN, LLP
        Attorneys for Movant

    By: /s/ R.A. Hurley
        Lindsey C. Kelly, Esquire
        VSB #71314
        James R. Meizanis, Esquire
        VSB #80692
        Gregory N. Britto, Esquire
        VSB #23476
        Daniel Eisenhauer, Esquire
        VSB #85242
        R.A. Hurley, Esquire
        VSB #78616
        William M. Savage, Esquire
        VSB #06335
        SHAPIRO & BROWN, LLP
        501 Independence Parkway, Suite 203
        Chesapeake, Virginia 23320
        (757) 687-8777    17-263910

NOTICE OF MOTION AND HEARING

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not wish the Court to grant the relief sought in this motion, or if you want the Court to consider your views on this motion, then within fourteen (14) days from the date of service of this motion, you must file a written response explaining your position with the Court at the following address: Clerk of Court, United States Bankruptcy Court, 701 East Broad Street, Room 4000, Richmond, VA 23219-3515, and serve a copy on the Movant. Unless a written response is filed and served within this fourteen day period, the Court may deem any opposition waived, treat the motion as conceded, and issue an Order granting the requested relief.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the expiration of the fourteen day period.

You may attend the preliminary hearing scheduled to be held on: March 22, 2017 at 11:00 AM in Courtroom 5000, United States Bankruptcy Court, 701 East Broad Street, Richmond, VA 23219.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an Order granting the requested relief.

Dated: February 6, 2017         SHAPIRO & BROWN, LLP
                                ATTORNEYS FOR THE MOVANT

                                /s/ R.A. Hurley
                                BY: Lindsey C. Kelly, Esquire
                                VSB #71314
                                James R. Meizanis, Esquire
                                VSB #80692
                                Gregory N. Britto, Esquire
                                VSB #23476
                                Daniel Eisenhauer, Esquire
                                VSB #85242
                                R.A. Hurley, Esquire
                                VSB #78616
                                William M. Savage, Esquire
                                VSB #06335
                                SHAPIRO & BROWN, LLP
                                501 Independence Parkway, Suite 203
                                Chesapeake, Virginia 23320
                                (757) 687-8777        17-263910
                                Counsel for HSBC Bank USA, National
                                Association as Trustee for Merrill Lynch Mortgage
                                Investors, INC., Mortgage Pass-Through
                                Certificates, MANA Series 2007-A1

Certificate of Service

I certify that I have this 6th day of February, 2017, electronically transmitted and/or mailed by first class mail, true copies of the Motion for Relief from the Automatic Stay and Notice of Motion and Hearing to each party required to receive notice.

Christopher Mark Winslow
Winslow & McCurry, PLLC
1324 Sycamore Square, Suite 202C
Midlothian, VA 23113

Peter J. Barrett
Kutak Rock LLP
1111 E. Main Street, Suite 800
Richmond, VA 23219

Sharon R. Walker
7817 Breaker Point Court
Chesterfield, VA 23832

/s/ R.A. Hurley
Lindsey C. Kelly, Esquire
VSB #71314
James R. Meizanis, Esquire
VSB #80692
Gregory N. Britto, Esquire
VSB #23476
Daniel Eisenhauer, Esquire
VSB #85242
R.A. Hurley, Esquire
VSB #78616
William M. Savage, Esquire
VSB #06335

17-263910